DECEMBER 11, 1956

**Reap. Dec. 8716.—**

D. N. & E. Walter & Co., Inc. v. United States. Entered at New York, N. Y. Reap. Dec. 8609. Motion by plaintiff.